**THIS ORDER IS APPROVED.**

**Dated: October 26, 2009**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# TIFFANY & BOSCO P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23543/0206246639

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Richard L. Bertling and Dianne Taylor-Bertling<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>        Movant,<br>  vs.<br>Richard L. Bertling and Dianne Taylor-Bertling, Debtors, Stanley J. Kartchner, Trustee.<br>        Respondents. | No. 4:09-bk-12263-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 27, 2007 and recorded in the office of the Pima County Recorder wherein Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the current beneficiary and Richard L. Bertling and Dianne Taylor-Bertling have an interest in, further described as:

> Lot 60, of Green Valley Desert Hills No. 2, a subdivision of Pima County, Arizona, according to the plat of record in the office of the County Recorder of Pima County, Arizona, recorded in book 29 of maps, page 80 and as amended by declaration of Scriverner's error recorded in docket 5866, page 1179 and in docket 5894, page 893.

> Being the same property conveyed to Richard L. Bertling and Dianne Taylor Bertling, husband and wife, as joint tenants with right of survivorship by deed from Robert W. Citta and Wynelle R. Citta, as trustees of the Robert W. Citta revovable trust dated Mat 11, 1994 recorded 08/03/00 in deed book 11354 page 2969, in the County Recorder's Office of Pima County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT